AO 240A

# UNITED STATES DISTRICT COURT
### District of New Jersey

**JUDY J. WESTON**
        Plaintiff

        v.

**COMMISSIONER OF SOCIAL SECURITY**
        Defendant

**ORDER ON APPLICATION
TO PROCEED WITHOUT
PREPAYMENT OF FEES**

Case Number: 08-1247 (DRD)


    Having considered the application to proceed without prepayment of fees under 28 U.S.C.§ 1915;

    **IT IS ORDERED** that the application is:

☒ **GRANTED, and**

☒  The clerk is directed to file the complaint,  and

☒    **IT IS FURTHER ORDERED** that the clerk issue summons and the United States Marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.


☐ **DENIED,** for the following reasons:

    _____
    _____
    _____

☐ and the Clerk is directed to close the file.
**Plaintiff may submit a filing fee of $350.00 within 30 days from the date of this order to reopen the case.**

**ENTER this** _14/th_ **day of** _March_ , 2008

_____
Signature of Judicial Officer

*Dickinson R. Debevoise*
*US District Court Judge.*
Name and title of Judicial Officer